IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOEY PENIX**                                                                                   **PLAINTIFF**
ADC #177883

v.                                    Case No: 4:23-cv-00306-LPR

**DEXTER PAYNE,**
*Director, Arkansas Department of Correction*                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin and the Plaintiff's Objections.[1] After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DENIED, and this case is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 24th day of January 2024.

                                                               _____
                                                               LEE P. RUDOFSKY
                                                               UNITED STATES DISTRICT JUDGE

---

[1] Docs. 15 and 17.  Mr. Penix's Motion for Extension of Time to File Objections (Doc. 16) is GRANTED.

[2] To the extent that the RD does not explicitly state it, the Court understands the RD to conclude that the Arkansas Court of Appeals' decision was not contrary to or an unreasonable application of clearly established federal law, nor was it based on an unreasonable determination of the facts in light of the evidence presented in state court.  28 U.S.C. § 2254(d).  The Court agrees.