IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOEY PENIX**  **PLAINTIFF**
ADC #177883

v.  Case No: 4:23-cv-00306-LPR

**DEXTER PAYNE,**
*Director, Arkansas Department of Correction*  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED and this case is hereby DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 24th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE